# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE S. STANKO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G.J. GIURBINO, Warden,<br><br>　　　　　Respondent. | Case No. CV 03-220-DSF(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation, with the following changes:

　　　　page 4, line 28 (note 8) should read "the court continued the matter to";

　　　　page 7, line 25 should read "(9th Cir. 2003)";

　　　　page 13, line 17 should read "court's."

　　　　IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

1 |     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/6/08

*Dale S. Fischer*

———————————————
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE